```
 1  JAMES B. CHANIN  SBN  76043
 2  JULIE M. HOUK    SBN 114968
    LAW OFFICES OF JAMES B. CHANIN
 3  3050 Shattuck Avenue
    Berkeley, California  94705
 4  Telephone:  (510) 848-4752, Ext. 2    Fax:  (510) 848-5819
    Email:      jbcofc@aol.com
 5
    Attorneys for Plaintiffs
 6
    JOHN A. RUSSO, City Attorney  SBN129729
 7  RANDOLPH W. HALL, Assistant City Attorney SBN 080142
    JENNIFER N. LOGUE, Deputy City Attorney SBN 241910
 8  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California  94612
 9  Telephone:  (510) 238-6524            Fax:  (510) 238-6500
    24205:398873
10
    Attorneys for Defendants, CITY OF OAKLAND; S. KNIGHT;
11  C. ESPINOZA; R. WINGATE; L. LEONIS; J. SCOTT; M. REILLY;

12  [Additional counsel on page two]

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17  JACK ZOLOWICZ and N.Z., a minor, by and    CASE NO.:  C06-05915 MJJ
    through his guardian ad litem, JACK
18  ZOLOWICZ,                                  STIPULATION AND REQUEST TO
                                               EXTEND MEDIATION DEADLINE AND
19                                             [PROPOSED] ORDER
                 Plaintiffs,
20
    vs.
21
    CITY OF OAKLAND; J. ROCA; S. KNIGHT;
22  C. ESPINOZA; R. WINGATE; L. LEONIS; J.
    SCOTT; M. REILLY; DOES 1-100,
23
                 Defendants.
24

25  / / /

26  / / /
```

1

STIPULATION AND REQUEST TO EXTEND                                             C06-05915 MJJ
MEDIATION DEADLINE AND [PROPOSED] ORDER

```
GEOFFREY A. BEATY, ESQ. SBN 84997
BRYCE GRAY, ESQ     SBN 215176
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
A Professional Corporation
1333 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 465-3922;     Fax: (510) 452-3006
Email: gbeaty@rankinlaw.com
```

Attorneys for Defendant J. ROCA

## STIPULATION AND REQUEST

The parties to the above captioned litigation hereby stipulate and request, by and through their undersigned counsel, that the current mediation deadline date of March 15, 2007 be extended to April 30, 2007. Good cause exists for the requested extension on the following grounds.

On December 29, 2006, the court appointed G. Scott Emblidge as the mediator for this case. The parties tentatively agreed to a mediation date of March 9, 2007; however, Mr. Emblidge is in the middle of a trial that is taking longer than expected and is not currently scheduled to end until March 16, 2007. The parties have agreed to a new mediation date of April 27, 2007.

Respectfully submitted,

Dated: March 15, 2007         JAMES B. CHANIN, Esq.
                              JULIE M. HOUK, Esq.

                         By:  _____
                              Attorney for Plaintiffs

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: March 15, 2007 | JOHN A. RUSSO, City Attorney |
| 2 | | RANDOLPH W. HALL, Assistant City Attorney |
| | | JENNIFER N. Logue, Deputy City Attorney |

By: _____
Attorneys for Defendants,
CITY OF OAKLAND; S. KNIGHT; C. ESPINOZA;
R. WINGATE; L. LEONIS; J. SCOTT; M. REILLY

Dated: March 15, 2007        GEOFFREY A. BEATY, Esq.
                             BRYCE GRAY, Esq.

By: _____
Attorneys for Defendant,
J. ROCA

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the terms of the stipulation between the parties, the mediation deadline shall be extended to April 30, 2007.

IT IS SO ORDERED.

Dated:    March 20, 2007

_____
JUDGE OF THE DISTRICT COURT