IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ZOLOWICZ et al., | No. C 06-5915 MJJ (MEJ) |
| Plaintiffs, | |
| vs. | **NOTICE OF REFERENCE**; ORDER SETTING TELEPHONIC DISCOVERY STATUS CONFERENCE FOR JULY 24, 2007 |
| CITY OF OAKLAND et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes of discovery. Judge James hereby sets a Discovery Status conference for July 24, 2007, at 11:30 a.m.. Plaintiff's attorney shall connect with defendant's attorneys via telephonic conference line and then place a call connecting to Judge James' chambers using the number (415) 522-4698.

If there are any questions, please contact Judge James' law clerk, James Davenport at (415) 522-4707.

**IT IS SO ORDERED.**

Dated: July 23, 2007

MARIA-ELENA JAMES
United States Magistrate Judge