1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK ZOLOWICZ et al.,

         Plaintiffs,

  vs.

CITY OF OAKLAND et al.,

         Defendants.

                               /

No. C 06-5915 MJJ (MEJ)

**NOTICE OF REFERENCE**;
ORDER SETTING TELEPHONIC
DISCOVERY STATUS CONFERENCE FOR
JULY 24, 2007

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above-captioned case was referred to Magistrate Judge Maria-Elena James for purposes

of discovery.  Judge James hereby sets a Discovery Status conference for July 24, 2007, at 11:30

a.m.. Plaintiff's attorney shall connect with defendant's attorneys via telephonic conference line and

then place a call connecting  to Judge James' chambers using the number (415) 522-4698.

      If there are any questions, please contact Judge James' law clerk, James Davenport at (415)

522-4707.

    **IT IS SO ORDERED.**

Dated: July 23, 2007



MAR
United    Judge Maria-Elena James
gistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2