JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK     (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819
Email:         jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ZOLOWICZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | CASE NO:  C06-05915 MJJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO ALLOW ALL PARTIES TO**<br>**HAVE AN ADDITIONAL EXPERT**<br>**WITNESS** |

　　　　WHEREAS, the Court previously Ordered that all parties would be limited to two (2) retained expert witnesses,

　　　　WHEREAS, plaintiff Jack Zolowicz is claiming to have sustained a significant injury to his knee which he alleges caused to him to also incur a significant income loss, and,

　　　　WHEREAS, plaintiffs believe that it will now be necessary to designate a police practices expert, a medical expert and an economic loss expert, and

　　　　WHEREAS, the defense may also wish to designate an additional expert witness given the plaintiffs' claims,

Stip re Experts
Zolowicz v. City of Oakland, et al.  Case No. C06-05915 MJJ　　　　　　　　　　　　　　　　1

1  THE PARTIES DO HEREBY AGREE, STIPULATE AND REQUEST that the Court all
2 each side to designate up to three (3) retained expert witnesses.
3 IT IS SO STIPULATED:

Dated: August 24, 2007 _____/S/_____
JAMES B. CHANIN
Attorney for Plaintiffs

Dated: August 24, 2007 _____/S/_____
JENNIFER N. LOGUE
Attorney for City of Oakland Defendants

Dated: August 24, 2007 _____/S/_____
GEOFFREY A. BEATY
Attorney for Defendant J. Roca

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: \_\_\_\_\_08/28\_\_\_\_\_, 2007   _____
MARTIN J. JENKINS
Judge of the United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins signature]*

Stip re Experts
Zolowicz v. City of Oakland, et al.  Case No. C06-05915 MJJ                                    2