JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ZOLOWICZ, et al., | Case No.: C06-05915 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EXPERT DISCLOSURE, RULE 26 REPORTS AND COMPLETION OF EXPERT DISCOVERY** |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

WHEREAS, the parties have recently completed a large number of depositions which will need to be reviewed by the parties respective experts;

WHEREAS, the Honorable Maria Elena James is currently reviewing a number of confidential police department documents *in camera* which, if ordered compelled, will need to be reviewed and considered by the parties' respective police practices experts;

WHEREAS, the parties have recently stipulated that they may disclose three expert witnesses instead of two;

Zolowicz v. City of Oakland, et al. Case No. C06-05915 MJJ                              1
Stip/Order re Expert Disclosure/Discovery Extension

1. WHEREAS, the parties are contemplating additional fact witness depositions which may also need to be provided to their liability and/or damage experts; and

2. WHEREAS, the parties need additional time for their expert witnesses to complete their respective Rule 26 reports in light of the foregoing,

3. WHEREAS, the parties have agreed to attend a further mediation session before Scott Emblidge on September 18, 2007, and wish to avoid incurring substantial expert witness costs which may hinder settlement discussions as said further mediation session,

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT:

The deadline for disclosure of the identities of expert witnesses shall be extended to September 25, 2007;

The deadline for disclosure of expert witness Rule 26 reports shall be extended to October 10, 2007; and,

The deadline for completion of expert discovery and depositions shall be extended to October 31, 2007.

**However dispositive miton date nor trial dates will be continued. MMJ**

IT IS SO STIPULATED AND AGREED:

Dated: August 29, 2007

_____
JAMES B. CHANIN
Attorney for Plaintiffs

Dated: August 29, 2007

_____
JENNIFER N. LOGUE
Attorney for City of Oakland
Defendants

Dated: August 29, 2007

_____
GEOFFREY A. BEATY
Attorney for Defendant
Javier Roca

Zolowicz v. City of Oakland, et al. Case No. C06-05915 MJJ
Stip/Order re Expert Disclosure/Discovery Extension

2

PURSUANT TO STIPULATION,
IT IS HEREBY ORDERED:

Dated: Sept. 1 , 2007



MARTIN J. JENKINS
Judge of the United States
District

IT IS SO ORDERED
Judge Martin J. Jenkins

Zolowicz v. City of Oakland, et al. Case No. C06-05915 MJJ
Stip/Order re Expert Disclosure/Discovery Extension

3