JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JENNIFER N. LOGUE, Deputy City Attorney – State Bar #241910
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6524    Fax: (510) 238-6500
25224:417501

Attorneys for Defendants
CITY OF OAKLAND; S. KNIGHT; C. ESPINOZA;
R. WINGATE; L. LEONIS; J. SCOTT; and M. REILLY

ORIGINAL FILED
SEP 19 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ZOLOWICZ and N.Z, a minor, by and through his guardian ad litem, JACK ZOLOWICZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND; J. ROCA; S. KNIGHT; C. ESPINOZA; R. WINGATE; L. LEONIS; J. SCOTT; M. REILLY; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C06-05915 MJJ (EDL)<br><br>[PROPOSED] ORDER |

Good cause having been shown, Defendants request that Oakland police officers S. Knight, C. Espinoza, R. Wingate, L. Leonis, J. Scott, and M. Reilly; and former Oakland police officer J. Roca be excused from attending the October 2, 2007 mediation is GRANTED.

DATED: 9-19-07

_Wayne D. Brazil_
MAGISTRATE JUDGE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT