JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK     (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone:   (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819
Email:         jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ZOLOWICZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | CASE NO:  C06-05915 MJJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING DEADLINES RE:<br>DISCLOSURE OF EXPERT REPORTS;<br>COMPLETION OF EXPERT<br>DISCOVERY; MOTIONS IN LIMINE<br>CONCERNING EXPERTS; DISCLOSURE<br>OF EXHIBITS REGARDING EXPERTS**<br><br>**Trial:  November 13, 2007** |

　　　　WHEREAS, the parties are currently engaged in good faith settlement discussions and the very substantial costs and attorneys' fees that will be incurred with respect to the expert witness services, including, but not limited to, final preparation of Rule 26 expert reports, expert depositions and expert discovery, could adversely impact the parties' ability to reach agreement concerning settlement of this matter, and

　　　　WHEREAS, a settlement conference is currently scheduled before the Honorable James Larson on October 19, 2007, at which time the parties expect to continue to negotiate in good faith,

Stip re Experts
Zolowicz v. City of Oakland, et al.  Case No. C06-05915 MJJ　　　　　　　　　　　　　　　1

THE PARTIES DO HEREBY AGREE, STIPULATE AND REQUEST that the Court extend the deadlines relating to expert witnesses as follows:

1. Deadline to exchange Rule 26 expert reports: October 29, 2007;

2. Deadline to complete expert depositions: November 5, 2007;

3. Deadline to file motions in limine relating to expert witness issues: November 7, 2007;

4. Deadline to file oppositions to motions in limine regarding expert witnesses: November 9, 2007;

5. Deadline to file a supplemental joint Pretrial Statement concerning a list of exhibits proposed by each party relating to expert witnesses: November 9, 2007.

IT IS SO STIPULATED:

Dated: October 4, 2007

_____
JULIE M. HOUK
Attorney for Plaintiffs

Dated: October 4, 2007

_____/S/_____
JENNIFER N. LOGUE
Attorney for City of Oakland Defendants

Dated: October 4, 2007

_____/S/_____
GEOFFREY A. BEATY
Attorney for Defendant J. Roca

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: \_\_\_\_10/16_____, 2007

_____
MARTIN J. JENKINS
Judge of the
District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, with signature of Judge Martin J. Jenkins]*

Stip re Experts
Zolowicz v. City of Oakland, et al.  Case No. C06-05915 MJJ

2