```
 1   JAMES B. CHANIN (SBN# 76043)
     JULIE M. HOUK   (SBN# 114968)
 2   LAW OFFICES OF JAMES B. CHANIN
     3050 Shattuck Avenue
 3   Berkeley, CA.  94705
     Telephone: (510) 848-4752, Ext. 2
 4   Facsimile: (510) 848-5819
     Email: jbcofc@aol.com
 5

 6   Attorneys for Plaintiffs

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10   JACK ZOLOWICZ, et al.,         ) CASE NO. C06-05915 MJJ
                                    )
11                                  )
              Plaintiff,            )
12                                  ) STIPULATION AND [PROPOSED]
                                    ) ORDER REFERRING HEARING
13   vs.                            ) ON APPROVAL OF MINOR'S
                                    ) COMPROMISE TO THE HONORABLE
14                                  ) JAMES LARSON
     CITY OF OAKLAND, et al.,       )
15                                  )
              Defendants.           )
16                                  )
     _____)
17
```

WHEREAS, a settlement conference was conducted before the Honorable James Larson,

WHEREAS, the settlement conference was attended by all the parties, including, but not limited to, plaintiffs Jack Zolowicz and the Minor plaintiff, N.Z.,

WHEREAS, the case settled at said settlement conference pending Oakland City Council approval and approval of the Minor's Compromise,

WHEREAS, the parties are informed and believe that Judge Larson will agree to accept the referral of the Minor's

STIP AND ORDER REFERRRING MINOR'S COMP.
JURY INTS. CASE NO.   C06-05915 MJJ            1

Compromise proceeding if said referral is approved by the Honorable Martin J. Jenkins,

    THE PARTIES DO HEREBY STIPULATE AND AGREE THAT the hearing on the plaintiffs' application for approval of the Minor's Compromise may be referred to the Honorable Magistrate Judge James Larson.

IT IS SO STIPULATED:

Dated: November 13, 2007        _____/S/_____
JAMES B. CHANIN
Attorney for Plaintiffs

Dated: November 14, 2007        _____/S/_____
JENNIFER N. LOGUE
Attorney for City of Oakland
Defendants

Dated: November 14, 2007        _____/S/_____
GEOFFREY A. BEATY
Attorney for Defendant
Javier Roca

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: 11/16/07        _____
MARTIN J. JENKINS
Judge of the United States
District Court

STIP AND ORDER REFERRRING MINOR'S COMP.
JURY INTS. CASE NO.   C06-05915 MJJ        2