```
 1  JAMES B. CHANIN (SBN  76043)
    JULIE M. HOUK    (SBN 114968)
 2  LAW OFFICES OF JAMES B. CHANIN
    3050 Shattuck Avenue
 3  Berkeley, California  94705
    Telephone:  (510) 848-4752, Ext. 2
 4  Facsimile:  (510) 848-5819
    Email:       jbcofc@aol.com
 5
    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ZOLOWICZ, et al., | Case No.: C06-05915 MJJ (JL) |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT pursuant to the terms of the settlement reached between the parties, the entire action shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED:

Dated: December 21, 2007            _____/S/_____
                                    Julie M. Houk
                                    Attorney for Plaintiff


Dated: December 21, 2007            _____/S/_____
                                    Jennifer N. Logue
                                    Attorney for City of Oakland
                                    Defendants

Zolowicz v. City of Oakland, et al.  Case No. C06-05915 MJJ (JL)            1
Stip/Order for Dismissal with Prejudice

Dated: December 21, 2007

_____/S/_____
Geoffrey A. Beaty
Attorney for Defendant
Javier Roca

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: __12/21_____, 200_7_

_____
Martin J. Jenkins
Judge
District

IT IS SO ORDERED
*Martin J. Jenkins*
Judge Martin J. Jenkins

Stip/Order for Dismissal with Prejudice